This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38589

**RAY CASTILLO,**

      Plaintiff-Appellant,

v.

**JOSE LUIS ARRIETA, MANUEL ARRIETA, THE ARRIETA LAW FIRM, P.C., and JOSE LUIS ARRIETA, P.C.,**

      Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Lisa B. Riley, District Judge**

Law Office of Daymon B. Ely
Daymon B. Ely
Albuquerque, NM

for Appellant

The Arrieta Law Firm, P.C.
Jose Luis Arrieta
Las Cruces, NM

Pro Se Appellees

## MEMORANDUM OPINION

**VARGAS, Judge.**

**{1}** Plaintiff-Appellant Ray Castillo (Castillo) appealed following the entry of an order granting two motions. We previously issued a notice of proposed summary disposition in which we proposed to dismiss for lack of finality. Castillo has filed a response, indicating that he does not oppose our proposed summary disposition.

**{2}**     Accordingly, for the reasons previously stated, we dismiss.

**{3}     IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**BRIANA H. ZAMORA, Judge**